IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 4:23-cr- 74 |
| v. | 18 U.S.C. § 1014 |
| EBONY ARCHELL SPIVEY, | False Statement to Small Business Administration (Count 1) |
| Defendant. | 18 U.S.C. § 982(a)(2)(A) Criminal Forfeiture |

CRIMINAL INFORMATION

GENERAL ALLEGATIONS

At all times relevant:

1. The United States Small Business Administration (SBA) is an executive-branch agency of the United States government that provides support to entrepreneurs and small businesses. The mission of the SBA is to maintain and strengthen the nation's economy by enabling the establishment and viability of small businesses and by assisting in the economic recovery of communities after disasters.

2. As part of this effort, the SBA enables and provides for loans through banks, credit unions and other lenders. These loans have government-backed guarantees. In addition to traditional SBA funding programs, The CARES Act, which was signed into law in March 2020, established several new temporary programs and provided for the expansion of others to address the COVID-19 pandemic.

3. One of these new programs was the SBA paycheck Protection Program (PPP), which provided for loans as a direct incentive for small businesses to keep their workers on the

payroll. Under this program, the SBA forgave all or part of loans if the applying business kept its employees on the payroll for eight weeks and submitted documentation confirming that the loan proceeds were used for payroll, rent, mortgage interest, or utilities. Interested applicants apply through an existing SBA lender or any other participating federally insured financial institution.

4. The PPP application process requires applicants to submit a Borrower Application Form through an SBA-approved financial entity. The application contains information as to the purpose of the loan, average monthly payroll, number of employees and background of the business and its owner, including questions relating to criminal history. Applicants are also required to make good faith certifications, including that economic uncertainties have necessitated their loan requests for continued business operations and that they intend to use loan proceeds only for the authorized and not any duplicative purposes.

## COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 12, 2021 and in connection with the loan application to Cross River Bank, in the Eastern District of Virginia and elsewhere, EBONY ARCHELL SPIVEY, the defendant herein, knowingly made or caused to be made false statements and reports for the purpose of influencing the Small Business Administration (SBA) and SBA-preferred financial entity and lender, in connection with an application, advance, discount, purchase, purchase agreement, repurchase agreement, commitment, and loan, as follows: on or about March 12, 2021, the defendant claimed to own and operate a retail business selling women's, children's, and infant clothing on a loan application to the SBA, whereas, as the defendant then and there knew, she had no such business.

## FORFEITURE

1.      The defendants, if convicted of the violation alleged in Count One, shall forfeit to the United States, as part of sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the violation.

2.      If any property that is subject to forfeiture is not available, it is the intention of the United States to seek an order forfeiting substitute assets to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, 982(a)(2)(A).)

UNITED STATES v. EBONY ARCHELL SPIVEY, 4:23-cr-__74__

                                                Respectfully submitted,

                                                Jessica D. Aber
                                                United States Attorney

By: _/s/_____

                                                Devon E.A. Heath
                                                Assistant United States Attorney
                                                Eastern District of Virginia
                                                Fountain Plaza Three, Suite 300
                                                721 Lakefront Commons
                                                Newport News, Virginia 23606
                                                Office:  (757) 591-4000
                                                Fax:     (757) 591-0866
                                                Email:  devon.heath@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2023, I submitted the foregoing to the Clerk of Court to be filed. I will send a notification of such filing to counsel of record for the defendant.

Tyrone C. Johnson
Law Offices of Tyrone C. Johnson
555 Settlers Landing Road
Suite D
Hampton, Virginia 23669
(757) 265-2666
tesquirej@cox.net

By: _____
Devon E.A. Heath
Assistant United States Attorney
Eastern District of Virginia
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Office: (757) 591-4000
Fax: (757) 591-0866
Email: devon.heath@usdoj.gov